**UNITED STATES of America, Plaintiff–Appellee**

v.

**Cresencio PEREZ, Defendant–Appellant.**

**No. 14–41062**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Aug. 10, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Philip G. Gallagher, Margaret Christina Ling, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

PER CURIAM: *

The Federal Public Defender appointed to represent Cresencio Perez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Perez has filed a response in which he challenges his conviction and sentence. Because the record reflects that Perez knowingly decided not to appeal his conviction, we will not address the issues raised in his response related to his conviction. *See United States v. Polanco–Ozorto,* 772 F.3d 1053, 1054–55 (5th Cir.2014). We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Perez's response to the extent it addresses sentencing issues. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, Perez's motion for appointment of counsel is DENIED, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.